# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois - Eastern Division

| | | |
|---|---|---|
| **Subsero Capital, LLC** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-15814 |
| | ) | |
| | ) | |
| **Nature's Treatment of the Quad Cities, LLC, et al.** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Charles Goldberg, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MICHAEL STERN in Palm Beach County, FL on January 23, 2026 at 10:41 am at 1701 S Flagler Dr, Apt 1204, West Palm Beach, FL 33401-7342 by residential substituted service by leaving the documents at the usual place of abode of MICHAEL STERN with Susie Stern who is the Spouse of MICHAEL STERN and whose age is 13 years or older.

Exhibit 1, MEMBERSHIP INTEREST PURCHASE AGREEMENT
COMPLAINT
NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 3.2
SUMMONS IN A CIVIL ACTION

Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.6988366667,-80.0511861667
Photograph: See Exhibit 1

Total Cost: $176.80
Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Palm Beach County                                    ,

FL        on     1/23/2026              .

/s/ *Charles Goldberg*
_____

Signature
Charles Goldberg
+1 (561) 317-1708

Exhibit 1a)

